IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOE VILLARREAL,

    Petitioner,        No. CIV S-05-0998 LKK GGH P

  vs.

THOMAS L. CAREY, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner has filed a second request for an extension of time to file and serve his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 4, 2005 second request for an extension of time is granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file and serve his traverse.

DATED: 11/16/05

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
vill0998.111(2)